IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| BURTTSCHELL, JEFFREY & JOHNNIE | ) CASE NO. 08-41814-R |
| | ) CHAPTER 7 |
| | ) |
| DEBTORS | ) |

## NOTICE TO DEPOSIT FUNDS INTO THE UNCLAIMED FUNDS REGISTRY OF THE UNITED STATES BANKRUPTCY COURT

The undersigned Trustee of the above styled estate states as follows for her Notice to Deposit Funds into the Unclaimed Funds Registry of the United States Bankruptcy Court:

1. That she is the duly qualified and acting trustee in this case.

2. That she filed a Final Report that was approved by this Court. Final distributions were made on May 21, 2010.

3. The following check(s) was not negotiated within the 90 period allowed:

| Ck No. | Claimant | Claim # | Amount |
|---|---|---|---|
| 1011 | David Chaffin | 9 | $ 40.40 |

These unclaimed funds should be paid into the unclaimed registry of this court.

4. Pursuant to 11 U.S.C. Section 347 and Chapter 129 of Title 28, U.S.C., and FRBP 3011, a check is being tendered to the Clerk of the U. S. Bankruptcy Court in the amount of $40.40.

Dated: August 25, 2010        /s/ Linda S. Payne
                              Linda S. Payne
                              12770 Coit Road, Suite 541
                              Dallas, TX 75251
                              972.628.3695

## CERTIFICATE OF SERVICE

I, Linda S. Payne, certify that a true and correct copy of the foregoing Notice to Deposit Funds into the Unclaimed Registry of the United States Bankruptcy Court was sent by Email this 23rd day of August, 2010 to the U. S. Trustee.

                              /s/ Linda S. Payne